IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMAL D. AKRAM,**
ADC #088346                                                                                               PETITIONER

v.                              Case No. 4:20-cv-1015-KGB-BD

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                        RESPONDENT

## ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 18). Petitioner Jamal D. Akram filed untimely objections to the Recommended Disposition (Dkt. No. 19). After careful consideration of the Recommend Disposition, the untimely objections, and a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety as its own.

Judge Deere entered the Recommended Disposition on January 6, 2021 (Dkt. No. 18). The Recommended Disposition directed that, "[t]o be considered, objections must be filed within 14 days." (*Id.*, at 1). The deadline for filing objections was therefore January 20, 2021. Mr. Akram did not file objections until May 6, 2021 (Dkt. No. 19). Accordingly, Mr. Akram's objections are untimely. Further, Mr. Akram in his objections does not address the issues of procedural default which Judge Deere analyzed in the Recommended Disposition.

Accordingly, the Court dismisses with prejudice Mr. Akram's petition for writ of *habeas corpus* (Dkt. No. 1). The Court denies the requested relief. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Mr. Akram cannot make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. 2253(c)(2). The Court denies Mr. Akram's motion to

correct case title for the reasons stated in the Recommended Disposition (Dkt. No. 17). The Court grants Mr. Akram's motion for status and directs the Clerk of Court to send to Mr. Akram a copy of the docket sheet in this case along with this Order and the accompanying Judgment (Dkt. No. 20).

It is so ordered this 22nd day of September, 2021.

_____
Kristine G. Baker
United States District Judge