IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMAL D. AKRAM,**
ADC #088346                                                                                              PETITIONER

v.                          Case No. 4:20-cv-1015-KGB-BD

**DEXTER PAYNE, Director,**
Arkansas Division of Correction                                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Jamal D. Akram's petition for writ of *habeas corpus* is dismissed with prejudice (Dkt. No. 1). The Court denies the requested relief.

It is so adjudged this 22nd day of September, 2021.

_____
Kristine G. Baker
United States District Judge